THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN SQUARE BERESFORD, INC., Appellant and Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents and Appellants. (Taxes of 1932 and 1933.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN SQUARE BERESFORD, INC., Appellant and Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents and Appellants. (Taxes of 1934.)

Submitted December 2, 1940; decided December 4, 1940.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto after the words " proceedings remitted to the Special Term to proceed in accordance with the opinion " the following: " to determine the issues of value upon the testimony and exhibits heretofore received in evidence and upon such additional testimony as the parties may offer." (See 284 N. Y. 145.)

In the Matter of SAMUEL H. KAUFMAN et al., Copartners under the Firm Name of KAUFMAN & WEITZNER, Respondents; SCHATZ A. WEICKER, Appellant.

Submitted December 2, 1940; decided December 4, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 629.)